IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. BROWN | |
| PLAINTIFF | |
| V | CIVIL ACTION NO: 05-1608 UNA |
| PRES. GEORGE W. BUSH, ETAL | |
| DEFENDANTS | |

NOTICE OF APPEAL

COMES NOW THE PLAINTIFF IN THE ABOVE STYLE ACTION AND RESPECTFULLY MOVES THE COURT TO ENTER THIS MOTION FOR NOTICE OF APPEAL UNDER FRAP, RULE 4. THE PLAINTIFF STATES THE FOLLOWING:

THE PLAINTIFF CHALLENGES THAT THE HONORABLE UNITED STATES DISTRICT COURT JUDGE ORDER IS UNLAWFULLY, ARBITRARY AND VIOLATES THE PLAINTIFFS' 5th, 8th AND 14th CONSTITUTIONAL BECAUSE JUDGE FIRBIAS NEVER ADDRESSED THE COMPLAINT.

FIRST, JUDGE FIRBIAS ONLY STATED WHAT THE AMENDED STATUTE 28 U.S.C. § 535 IS PRESENTLY STATING AND NEVER ADDRESS THE CONSTITUTIONALITY OF THE AMENDED STATUTE WHICH THE PLAINTIFF POINTS OUT IN HIS COMPLAINT.

(1)

1. SECOND, JUDGE EIRBIAS NEVER ADDRESSED THE
2. PLAINTIFFS' COMPLAINT THAT CONGRESS AMENDED A STATUTE
3. AND MADE FEDERAL STATUTE 28 U.S.C § 535 UNCONSTITUTIONAL.
4.
5. THIRD, JUDGE EIRBIAS STATED THAT PLAINTIFFS' CLAIM
6. IS WITHOUT MERIT THEREFORE, JUDGE EIRBIAS BELIEVES
7. THAT THE PLAINTIFF DOES NOT HAVE A FIRST AMENDMENT
8. CONSTITUTIONAL RIGHT AND DOES NOT HAVE THE RIGHT TO
9. ADDRESS A VIOLATION OF THAT FIRST AMENDMENT RIGHT.
10. THEREFORE, THE PLAINTIFF, GEORGE A. BROWN, HAS NO CHOICE
11. BUT TO INFORMED THE COURTS WITH HIS INTENTION WITH THIS
12. NOTICE OF APPEAL TO THE ADVERSE DECISION THAT THE
13. HONORABLE JUDGE EIRBIAS HANDED DOWN.
14.
15. RESPECTFULLY SUBMITTED THIS 18th DAY OF August, 2005
16.
17. *George A. Brown*
18.
19. ATTORNEY PRO SE
20.
21. SWORN TO BEFORE ME ON THIS
22. 18th DAY OF August, 2005
23.
24. *Shirley Smith*
25. NOTARY PUBLIC

Notary Public, Baldwin County, Georgia
My Commission Expires 12-12-06

(2)

RECEIVED
AUG 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

1
2   I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED THE
3   PARTIES IN THE FOREGOING ACTION WITH A COPY OF THIS BY
4   PLACING THE SAME IN THE UNITED STATES MAIL WITH SUFFIC-
5   IENT POSTAGE AFFIXED THERETO TO ASSUME DELIVERY
6   AND PROPERLY ADDRESSED:
7
8   ATTORNEY GENERAL JOHN ASHCROFT
9   ATTORNEY GENERAL OF THE UNITED STATES
10  U.S. DEPT. OF JUSTICE
11  950 PENNSYLVANIA AVE., NW
12  WASHINGTON, D.C. 20530
13
14
15  RESPECTFULLY SUBMITTED THIS 18th DAY OF August, 2005
16
17                                      George H. Brown
18
19
20
21  SWORN TO BEFORE ME ON THIS                    RECEIVED
22  18th DAY OF August, 2005                      AUG 2 2 2005
23                                        NANCY MAYER-WHITTINGTON, CLERK
24  Shirley Smith                              U.S. DISTRICT COURT
25  NOTARY PUBLIC
    Notary Public, Baldwin County, Georgia
    My Commission Expires 12-12-06

(3)