# United States Court of Appeals
### For The District of Columbia Circuit

**No. 05-5327**  **September Term, 2006**

05cv01608

Filed On: November 28, 2006

[1007111]
George A. Brown,
    Appellant

v.

George W. Bush, President, et al.,
    Appellees

### ORDER

By order filed June 9, 2006, appellant was directed to pay to the United States District Court the $255.00 docket and filing fee by July 10, 2006. To date, appellant has not complied with the Court's June 9, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1, 19, 07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk